# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:21-cv-00557-NONE-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $402 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Michael Alan Yocom is proceeding *pro se* in this action.  Plaintiff has neither paid the $402 filing fee, nor submitted an application to proceed *in forma pauperis* pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed in its entirety and signed, or, in the alternative, he shall pay the $402 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  __**April 5, 2021**__　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE